UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>MARK FREDERICK AUGUSTA and<br>BRIDGET MARY AUGUSTA,<br><br>　　　　　Debtors,<br><br>_____<br><br>GERALD H. DAVIS, Trustee of the<br>Bankruptcy Estate of Mark F. Augusta,<br><br>　　　　　Plaintiff,<br>v.<br><br>MILLER & SCHROEDER, INC., *et al.*,<br><br>　　　　　Defendants.<br>_____ | Civil No. 04-CV-1982-L<br><br>Bankruptcy Case No. 02-06093-JM<br><br>Adv. No. 04-90296-JM<br><br>**ORDER DISMISSING ACTION** |

　　　Plaintiff Gerald H. Davis ("Davis") and defendant US Trust Company, NA ("US Trust") each filed a motion for withdrawal of the reference and to transfer venue of an adversary action commenced in the United States Bankruptcy Court.  Thereafter, US Trust filed a notice of withdrawal of its motion for withdrawal of the reference and to transfer venue, in which plaintiff joined.

　　　Because the motion to withdraw the reference from the Bankruptcy Court has been withdrawn, the above-captioned case is **DISMISSED** without prejudice.

/ / /

1 | The Clerk of the Court is directed to close this action.
2 | **IT IS SO ORDERED.**
3 | DATED: October 2, 2007
4 |
5 | M. James Lorenz
United States District Court Judge
6 | COPY TO:
7 | ALL PARTIES/COUNSEL